UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8136-WM

UNITED STATES OF AMERICA

v.

ZACARIAS SALVADOR-JESUS,

Defendant.
_____/

FILED BY ___SP___ D.C.

Apr 6, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:    (561) 820-8777
Email:  RTribuiani@usa.doj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 22-8136-WM |
| ZACARIAS SALVADOR-JESUS, | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

FILED BY ____SP____ D.C.

Apr 6, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 2, 2022  in the county of  Palm Beach  in the
  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Andy Korzen, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: April 6, 2022

_____
Judge's signature

City and state:  West Palm Beach, FL   William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Zacarias SALVADOR-JESUS committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about April 2, 2022, Zacarias SALVADOR-JESUS was arrested in Palm Beach County, Florida on an outstanding warrant for failure to appear for a status check for the offenses of possession of cocaine and driving without a driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Zacarias SALVADOR-JESUS is a native and citizen of Guatemala. Records further show that on or about April 17, 2013, Zacarias SALVADOR-JESUS was ordered removed. The Order of Removal

1

was executed on or about April 26, 2013, whereby Zacarias SALVADOR-JESUS was removed from the United States and returned to Guatemala.

5.   Thereafter, Zacarias SALVADOR-JESUS re-entered the United States illegally and on or about November 21, 2017, was removed and returned to Guatemala for the second time.

6.   Records further show that on or about November 7, 2017, in the United States District Court, Southern District of Florida, Zacarias SALVADOR-JESUS was convicted of the felony offense of illegal re-entry after deportation or removal, case number 17-80184-cr-DTKH.

7.   Zacarias SALVADOR-JESUS's fingerprints taken in connection with his April 2, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Zacarias SALVADOR-JESUS.

8.   A record check was performed in the Computer Linked Application Informational Management System to determine if Zacarias SALVADOR-JESUS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Zacarias SALVADOR-JESUS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.   Based on the foregoing, I submit that probable cause exists to believe that, on or about April 2, 2022, Zacarias SALVADOR-JESUS, an alien who was previously deported and removed from the United States, was found in the United States without

2

having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __6th__ day of April 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE